UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| Case No. | 8:21-cv-01385-CJC-ADS | Date | November 29, 2021 |
|---|---|---|---|
| Title | Robert Sanchez v. Joseph Jett Zapanta D.M.D. et al. | | |

PRESENT: **HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION

Plaintiffs are responsible for prosecuting their actions diligently and complying with Court orders. The Court's Order Regarding Prosecution of Certain Cases Under the Americans with Disabilities Act states that "[p]roofs of service for **all** defendants must be filed within **95 days of the filing of the case** absent a previously approved extension of time by the Court or a motion or responsive pleading by all defendants." (Dkt. 11 [hereinafter the "Order"] at 2 [emphases in original].) The Order further admonishes that "failure to comply with this Order in a particular case will result in a dismissal for lack of prosecution." (*Id.* at 3.)

Plaintiff filed this case on **August 23, 2021**. Although more than 95 days have passed since that date, Plaintiff has not filed a proof of service on any defendant. The Court therefore **DISMISSES** this action for lack of prosecution.

Initials of Deputy Clerk:  rrp